UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-21366-CIV-SEITZ/WHITE

DUKENE MYRTIL,

        Petitioner,

v.

EDWIN G. BUSS, et al.,

        Respondents,
_____/

## ORDER ADOPTING REPORT, CLOSING CASE, AND DENYING CERTIFICATE OF APPEALABILITY

THIS CAUSE is before the Court on the Report of Magistrate Judge [DE-20]. In that Report, Magistrate Judge White recommends that Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 be denied. Despite an extension of time in which to file objections, Petitioner has not filed objections to the Report. Thus, having carefully reviewed, *de novo*, Magistrate Judge White's thorough Report, the record, and given that Plaintiff has not objected, the Report is affirmed and adopted.

Additionally, the Court will deny issuance of a certificate of appealability. In order to obtain a certificate of appealability, Petitioner must make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). This standard is satisfied "by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Jones v. Secretary*, 607 F.3d 1346, 1349 (11th Cir. 2010) (quotation omitted). Here, Petitioner has not made this showing. Accordingly, it is hereby

        ORDERED that:

(1) The above-mentioned Report of Magistrate Judge [DE-20] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order;[1]

(2) Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [DE-1] is DENIED;

(3) All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT;

(4) Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, certification of appealability is DENIED; and

(5) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 27th day of March, 2012.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:  Magistrate Judge White
     All Counsel of Record

---

[1] The Report is affirmed and adopted with the understanding that the word "not" was erroneously omitted from the second to last sentence in the last full paragraph on page 13 between the words "had" and "proven" so that the sentence reads in full: "As such counsel could not be ineffective for failing to obtain something which had *not* been proven to exist."

2